# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:25-MJ-341 |
| JAMON KANEE MURPHY | ) | |
| a/k/a "Monjo" | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 2, 2025 _____ in the city/county of _____ Prince William _____
in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.
  Reviewed by AUSA/SAUSA

*William H. Bowler*
*Complainant's signature*

_____ Edgardo J. Rodriguez _____
*Printed name and title*

William H. Bowler, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

Date:  06/04/2025 _____

_____
*Judge's signature*

City and state:  Alexandria, VA _____

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*