THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMON KANEE MURPHY,<br>a/k/a "Monjo,"<br><br>Defendant. | Case No. 1:25-CR-300<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and 846<br>(Conspiracy to Distribute 400<br>Grams or More of Fentanyl)<br><br>Count 2: 18 U.S.C. § 922(g)(1)<br>(Felon in Possession of a Firearm)<br><br>Forfeiture Notice |

## INDICTMENT

### November 2025 Term – at Alexandria, Virginia

### COUNT ONE

*(Conspiracy to Distribute 400 Grams or More of Fentanyl)*

THE GRAND JURY CHARGES THAT:

Beginning on a date unknown but at least December 2020 and continuing until at least July 2021, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, the defendant, JAMON KANEE MURPHY, a/k/a "Monjo," knowingly and intentionally combined, conspired, confederated, and agreed with others both known and unknown to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846.)

## COUNT TWO

*(Felon in Possession of a Firearm)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 2, 2025, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, JAMON KANEE MURPHY, a/k/a "Monjo," knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus G2c 9mm caliber pistol, serial number ADL877058, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

2

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, JAMON KANEE MURPHY, is hereby notified that if convicted of the violations set forth in Count One of the Indictment he shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, JAMON KANEE MURPHY, is hereby notified that if convicted of any of the violations set forth in this Indictment he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

The property subject to forfeiture includes, but is not limited to, the following:

a.  A Taurus G2c 9mm caliber pistol bearing serial number ADL877058, seized by law enforcement from a vehicle the defendant was occupying on or about April 2, 2025; and

b.  All firearm ammunition magazines, and any and all firearm accessories or paraphernalia seized by law enforcement from a vehicle the defendant was occupying on or about April 2, 2025.

*(Continued on next page.)*

3

Pursuant to 21 U.S.C. § 853(p), the defendant, JAMON KANEE MURPHY, shall forfeit substitute property if, by any act or omission of the defendant, JAMON KANEE MURPHY, the property referenced above or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been comingled with other property which cannot be divided without difficulty.

(In accordance with 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

Lindsey Halligan
United States Attorney

By: _____
Christopher M. Carter
Special Assistant United States Attorney (LT)

4